IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY J. RIDLEY, | No. 2:18-CV-0479=JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT JONES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on November 9, 2018, and the action has been closed. Plaintiff has not appealed. Pending before the Court is plaintiff's motion for the appointment of counsel, see ECF No. 14, filed after entry of judgment. The Court construes plaintiff's motion as a motion for appointment of counsel on appeal and denies the motion without prejudice to renewal in the appellate court. This Court expresses no opinion as to the availability or status of any actual or potential appeal.

IT IS SO ORDERED.

Dated: March 30, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1